IT IS FURTHER ORDERED that respondent shall keep the Clerk, the Columbus Bar Association, and the Disciplinary Counsel advised of any change of address where respondent may receive communications.

IT IS FURTHER ORDERED, sua sponte, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

IT IS FURTHER ORDERED, sua sponte, that service shall be deemed made on respondent by sending this order, and all other orders in this case, by certified mail to the most recent address respondent has given to the Attorney Registration Office.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

## MISCELLANEOUS DISMISSALS

**2002–0454. State v. Easley.**
Franklin App. No. 01AP–31, 2001-Ohio-3976. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due May 17, 2002, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is dismissed, sua sponte.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2002–0645. State ex rel. Gibson v. Indus. Comm.**
Franklin App. No. 01AP–769.

**2002–0793. State Emp. Relations Bd. v. State ex rel. Tritt.**
Franklin App. No. 01AP–751.

**2002–0828. PMX Corp. v. Zaino.**
Board of Tax Appeals, Nos. 00–M–1, 99–M–941 and 99–M–942.

[Cite as *05/24/2002 Case Announcements,* 2002-Ohio-2435.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*May 24, 2002*

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2002–0701. State ex rel. Tamco Distrib. Co. v. Indus. Comm.**
Franklin App. No. 01AP–874.